UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:06-M-220

FILED
JAN 0 4 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ORDER ALLOWING DISMISSAL OF |
| v. | ) CRIMINAL INFORMATION AND |
| | ) WITHDRAWAL OF ARREST WARRANT |
| DEMETRIUS CORDELL NALLS | ) |

Leave of court is granted for the filing of the foregoing dismissal.

DATE: 1-4-2011

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE